# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWAN BROWN<br><br>Plaintiff,<br><br>v.<br><br>SWC GROUP, LP<br><br>Defendant. | Case No. 3:18-cv-02031 DMS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTY** |

Upon consideration of the parties' Joint Motion to Substitute Southwest Credit Systems LP as the defendant in place of SWC Group LP it is hereby ORDERED that the Joint Motion is GRANTED. Southwest Credit Systems LP is substituted as the Defendant in this action and SWC Group LP is dismissed from this matter.

**IT IS SO ORDERED.**

Dated: November 14, 2018

_____
Hon. Dana M. Sabraw
United States District Judge

1