Geoffrey H. Baskerville– *Pro Hac Vice*
**FRANCIS & MAILMAN PC**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone (215) 735-8600
Facsimile (215) 940-8000
gbaskerville@consumerlawfirm.com

*Attorney for Plaintiff Dawan Brown*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWAN BROWN | ) |
| Plaintiff, | ) **Civil Action No.** |
| v. | ) **18-cv-2031-DMS-AGS** |
| SOUTHWEST CREDIT SYSTEMS, L.P. | ) **NOTICE OF SETTLEMENT** |
| Defendant. | ) |

**PLEASE TAKE NOTICE** Plaintiff Dawan Brown and Defendant Southwest Credit Systems, L.P. (collectively "Parties") by and through their counsel of record have reached a settlement to resolve their claims. The Parties are in the process of finalizing the settlement and anticipate filing a Stipulation of Dismissal within the next 45 days. In consideration of the parties' settlement, the parties respectfully request that the Court suspend all remaining proceedings.

1 | Date: September 9, 2019      **FRANCIS & MAILMAN, P.C.**

BY:   */s/ Geoffrey H. Baskerville*
        Geoffrey H. Baskerville
        1600 Market Street
        Suite 2510
        Philadelphia, Pennsylvania 19103

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWAN BROWN ) | |
| ) | |
| Plaintiff, ) | **Civil Action No.** |
| ) | |
| v. ) | **18-cv-2031-DMS-AGS** |
| ) | |
| SOUTHWEST CREDIT ) | **NOTICE OF SETTLEMENT** |
| SYSTEMS, L.P. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Geoffrey H. Baskerville, hereby certify that, on this date, I caused a true and correct copy of the foregoing Notice of Settlement to be served via the court's CM/ECF system. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judges, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF user was served:

Brett B. Goodman
Tamar Gabriel Ellyin
bgoodman@yumollp.com
tellyin@yumollp.com
**YU MOHANDESI LLP**
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

Eugene Xerxes Martin, IV
xmartin@mamlaw.com
**MALONE FROST MARTIN PLLC**
8750 N. Central Expressway, Suite 1850
Dallas, TX 75231

Executed on **September 9, 2019**.

                           */s/Geoffrey H. Baskerville*
                           GEOFFREY H. BASKERVILLE