Geoffrey H. Baskerville– *Pro Hac Vice*
**FRANCIS & MAILMAN PC**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone (215) 735-8600
Facsimile (215) 940-8000
gbaskerville@consumerlawfirm.com

*Attorney for Plaintiff Dawan Brown*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAWAN BROWN<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.<br><br>Defendant. | ) | **Civil Action No.**<br><br>**18-cv-2031-DMS-AGS**<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff ("Plaintiff") and defendant Southwest Credit Systems, L.P. ("Defendant") (Plaintiff and Defendant are hereinafter referred to collectively as "the Parties"), together by and through their respective attorneys of record, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

DATED: October 25, 2019

*/s/ Geoffrey H. Baskerville*
Geoffrey H. Baskerville
**FRANCIS & MAILMAN P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
(215) 940-8000 (fax)
gbaskerville@consumerlawfirm.com

Counsel for Plaintiff

*/s/ Eugene Xerxes Martin, IV*
Eugene Xerxes Martin, IV
**MALONE FROST MARTIN PLLC**
8750 N. Central Expressway, Suite 1850
Dallas, Texas 75231
(214) 346-2630
(214) 346-2631
xmartin@mamlaw.com

*/s/ Brett B. Goodman*
Brett B. Goodman
*/s/ Tamar Gabriel Ellyin*
Tamar Gabriel Ellyin
**YU MOHANDESI, LLP**
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213-375-3543
213-418-9341
213-377-5501 (fax)
bgoodman@yumollp.com
tellyin@yumollp.com

Counsel for Defendant
Southwest Credit Systems, L.P.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and for Plaintiff and that I have obtained their authorization to affix their electronic signatures to this document.

Date: October 25, 2019

**FRANCIS & MAILMAN, P.C.**

BY: */s/ Geoffrey H. Baskerville*
Geoffrey H. Baskerville
1600 Market Street
Suite 2510
Philadelphia, Pennsylvania 19103

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWAN BROWN<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.<br><br>Defendant. | **Civil Action No.**<br><br>**18-cv-2031-DMS-AGS**<br><br>**STIPULATION OF DISMISSAL** |

## CERTIFICATE OF SERVICE

I, Geoffrey H. Baskerville, hereby certify that, on this date, I caused a true and correct copy of the foregoing Stipulation of Dismissal to be served via the court's CM/ECF system. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judges, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF user was served:

Brett B. Goodman
Tamar Gabriel Ellyin
bgoodman@yumollp.com
tellyin@yumollp.com
**YU MOHANDESI LLP**
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

Eugene Xerxes Martin, IV
xmartin@mamlaw.com
**MALONE FROST MARTIN PLLC**
8750 N. Central Expressway, Suite 1850
Dallas, TX 75231

Executed on **October 25, 2019**.

*/s/Geoffrey H. Baskerville*
GEOFFREY H. BASKERVILLE