# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAWAN BROWN** | ) |
| | ) Civil Action No. 18-cv-2031-DMS |
| **Plaintiff,** | ) |
| | ) Hon. Dana M. Sabraw |
| v. | ) |
| | ) **ORDER ON STIPULATION FOR** |
| **SOUTHWEST CREDIT** | ) **DISMISSAL WITH PREJUDICE OF** |
| **SYSTEMS, L.P.** | ) **ENTIRE ACTION** |
| | ) |
| **Defendant.** | ) Complaint filed on August 30, 2018 |
| | ) |

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

Defendant Southwest Credit Systems, L.P., is dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

Dated: October 28, 2019

_____
Hon. Dana M. Sabraw
United States District Judge